# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE R. GOCHIN, <br>     Plaintiff, | : <br> : <br> : |
| v. | :     **CIVIL ACTION NO. 18-CV-3348** |
| ANDREW MARKOWITZ, *et al.*, <br>     Defendants. | : <br> : <br> : |

## ORDER

AND NOW, this 10th day of August, 2018, upon consideration of Plaintiff Diane R. Gochin's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Gochin is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible and timely claim for relief. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Gochin's claims against each defendant. If Gochin files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Gochin a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Gochin may use this form to prepare her amended complaint.

6. If Gochin fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, C.J.