# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE R. GOCHIN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3348 |
| | : | |
| ANDREW MARKOWITZ, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 16th day of October, 2018, upon consideration of Plaintiff Diane R. Gochin's *pro se* Second Amended Complaint (ECF No. 20), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Gochin's HOEPA, TILA, RESPA, FDCPA, FCRA, civil conspiracy claims, as well as her claims seeking review and/or state of state court proceedings, are **DISMISSED** for the reasons previously set forth in the Court's September 13, 2018 Memorandum and Order. Gochin's FCRA claims are **DISMISSED with prejudice**. Gochin's state law claims are **DISMISSED without prejudice** to her right to raise them in state court. Gochin may not file a third amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

                                                                     **BY THE COURT:**

                                                                     **/s/ Juan R. Sánchez**
                                                                     **JUAN R. SÁNCHEZ, C.J.**